

KEN PAXTON
ATTORNEY GENERAL OF TEXAS

ACCEPTED
15-24-00116-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
3/31/2025 5:05 PM
CHRISTOPHER A. PRINE
CLERK

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
3/31/2025 5:05:09 PM
CHRISTOPHER A. PRINE
Clerk

March 31, 2025

Christopher A. Prine
Clerk of Court
15th Court of Appeals

Re:   VACATION LETTER; *Arnulfo Cortez, Jr, Homero R. Balderas, Brian D. Nipper, Mark F. VanRosendael, and Bryan K. Hugghins v. Texas Commission on Law Enforcement, Gregory Stevens in his capacity as the Executive Director of the Texas Commission on Law Enforcement, John Beauchamp in his Official Capacity as County for Texas Commission on Law Enforcement and T.J. Vineyard in his Official Capacity as Major for Texas Commission on Law Enforcement*; No. 15-24-00116-CV

Dear Mr. Prine:

Please note that the undersigned attorney is scheduled for vacation from Wednesday, July 16, 2025, Monday, July 21, 2025.

I respectfully request that any hearings, trials, or discovery deadlines not be scheduled during this period.

Thank you for your courtesy and cooperation in this matter.

Sincerely,

*/s/ Lauren McGee*
LAUREN MCGEE
Assistant Attorney General
State Bar No. 24128835
Office of the Attorney General of Texas
Administrative Law Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
Telephone:    (512) 475-3203
Lauren. McGee@oag.texas.gov

Cc via email: George Hyde, ghyde@txlocalgovlaw.com
        Matthew Weston, mweston@txlocalgovlaw.com

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Lauren McGee on behalf of Lauren McGee
Bar No. 24128835
lauren.mcgee@oag.texas.gov
Envelope ID: 99100283
Filing Code Description: Letter
Filing Description: Vacation Letter
Status as of 4/1/2025 8:00 AM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| George Hyde | 45006157 | ghyde@txlocalgovlaw.com | 3/31/2025 5:05:09 PM | SENT |
| Matthew Weston | 24037698 | mweston@txlocalgovlaw.com | 3/31/2025 5:05:09 PM | SENT |
| Lauren McGee | 24128835 | Lauren.mcgee@oag.texas.gov | 3/31/2025 5:05:09 PM | SENT |

Associated Case Party: TEXAS COMMISSION ON LAW ENFORCEMENT

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Jennifer Foster | | Jennifer.Foster@oag.texas.gov | 3/31/2025 5:05:09 PM | SENT |

Associated Case Party: City of Cibolo

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Victoria Wilhelm | | vwilhelm@txlocalgovlaw.com | 3/31/2025 5:05:09 PM | SENT |
| Lauren Fogerty | | lfogerty@txlocalgovlaw.com | 3/31/2025 5:05:09 PM | SENT |